J. Thomas Gilbert (State Bar No. 183362)
**PATTON BOGGS LLP**
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
214.758.1500 - Telephone
214.758.1550 - Facsimile
tgilbert@pattonboggs.com

*Attorney for Defendants Boiron, Inc. and Boiron USA, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE GALLUCCI, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BOIRON, INC. and BOIRON USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:11-cv-02039 JAH NLS<br><br>**NOTICE OF RELATED CASE** |

PLEASE TAKE NOTICE, pursuant to CivLR 40.1(e), that on September 7, 2011, Defendants Boiron, Inc. and Boiron USA, Inc. ("Boiron") filed a Notice of Removal in the U.S. District Court for the Southern District of California, in *Gonzales v. Boiron, Inc., et al.*, No. 3:11-cv-02066-L-WVG (the "Related Case").

In the instant, lower-numbered case, Plaintiff Salvatore Gallucci ("Gallucci") filed a purported class action against Boiron arising out of the sale of Oscillococcinum, alleging violations of the California Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1770, California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, and California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500. Gallucci also alleges claims for breach of express warranty and breach of implied warranty of merchantability. Gallucci seeks injunctive relief and monetary damages.

PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201

1

**NOTICE OF RELATED CASE**

5191606

In the Related Case, which was filed on August 4, 2011 in San Diego County Superior Court, Plaintiff Henry Gonzales ("Gonzales") also brought a purported class action against Boiron arising out of the sale of Oscillococcinum, and also alleging violations of the CLRA, UCL, and FAL. Gonzales also seeks injunctive relief and monetary damages.

Assignment of the instant case and the Related Case to a single district judge is likely to effect a saving of judicial effort and other economies because the two cases purport to be class actions which assert the same claims against Boiron under the CLRA, UCL, and FAL (Gallucci asserts two additional causes of action). The Related Case and this case are "related actions" within the meaning of CivLR 40.1(f) because (1) they involve the same defendants and they are both purported class actions which are based on the same or similar claims, and (2) they involve substantially the same facts and the same questions of law. For these reasons, the cases would entail substantial duplication of labor if heard by different judges.

Pursuant to CivLR 40.1(e), the Notice of Related Case is being served not only upon counsel for Gallucci, but also counsel for Gonzales.

Date: September 14, 2011    Respectfully submitted,

*s/J. Thomas Gilbert*
J. Thomas Gilbert
**PATTON BOGGS LLP**
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
214.758.1500 - Telephone
214.758-1550 - Facsimile
tgilbert@pattonboggs.com

*Attorney for Defendants Boiron, Inc. and Boiron USA, Inc.*

PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201

2

**NOTICE OF RELATED CASE**

5191606

**PROOF OF SERVICE**

I, Rhonda L. Thomas, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 2000 McKinney Avenue, Suite 1700, Dallas, Texas 75201.

On September 14, 2011, I served the foregoing document described as **NOTICE OF RELATED CASE** on all interested parties listed below in this action by placing copies thereof as follows:

| | |
|---|---|
| Law Offices of Ronald A. Marron, APLC | Newport Trial Group |
| Ronald A. Marron | Scott Ferrell and Ryan Ferrell |
| 3636 Fourth Avenue, Suite 202 | 895 Dove Street, Suite 125 |
| San Diego, California 92103 | Newport Beach, California 92660 |

☐ BY CM/ECF TRANSMISSION. I am familiar with the United States District Court for the Southern District of California's practice for collecting and processing electronic filings. Upon the filing of a document with the Court, the CM/ECF system generates a Notice of Electronic Filing (NEF) that is delivered the assigned judge, and any registered users of the CM/ECF system that have appeared in the case. The NEF constitutes service of the document, and registration as a CM/ECF user constitutes consent to service by NEF.

☐ BY MAIL. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE. I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) stated below.

☐ BY PERSONAL SERVICE. I caused said document to be hand delivered to the address(es) stated above.

☒ BY OVERNIGHT DELIVERY. I caused said document to be delivered to UPS/FEDERAL EXPRESS for overnight courier services to the address(es) stated above.

☐ BY EMAIL. The document stated herein was transmitted by email and the transmission was reported as complete and without error. A transmission report was properly issued indicating the date and time of receipt of the transmission.

Executed on September 14, 2011, at Dallas, Texas.

*/s/ Rhonda L. Thomas*
Rhonda L. Thomas

5191606