# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE GALLUCCI, AMY ARONICA, KIM JONES, DORIS PETTY, and JEANNE PRINZIVALLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOIRON, INC.; and BOIRON USA, INC.,<br><br>Defendants. | Case No. 3:11-CV-2039 JAH NLS<br>Pleading Type: Class Action<br><br>**ORDER GRANTING JOINT EX PARTE MOTION TO STRIKE NON-PARTY HENRY GONZALES' PURPORTED "OPPOSITION" TO MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:   Hon. John A. Houston |

Having reviewed the Parties' Joint Ex Parte Motion to Strike Non-Party Henry Gonzales' Purported "Opposition" to Motion for Preliminary Approval, it is ORDERED that the motion is GRANTED. Accordingly, Henry Gonzales' Response in Opposition to Motion for Preliminary Approval (Dkt. No. 85) is hereby STRICKEN.

**IT IS SO ORDERED.**

DATED: April 25, 2012

_____
John A. Houston
United States District Judge