UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE GALLUCCI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>BOIRON, INC., and BOIRON USA, INC.,<br><br>  Defendants. | Civil No. 11cv2039 JAH(NLS)<br><br>**ORDER RESCHEDULING FINAL APPROVAL HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Final Approval Hearing set for August 13, 2012 is VACATED and RESCHEDULED for **August 27, 2012 at 2:30 p.m.**

DATED: July 5, 2012

/s/ John A. Houston
JOHN A. HOUSTON
United States District Judge

11cv2039