1  DANIEL L. WARSHAW (Bar No. 185365)
   dwarshaw@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   15165 Ventura Boulevard, Suite 400
3  Sherman Oaks, California 91403
   Telephone: (818) 788-8300
4  Facsimile:  (818) 788-8104

5  SCOTT J. FERRELL (Bar No. 202091)
   sferrell@trialnewport.com
6  **NEWPORT TRIAL GROUP**
   895 Dove Street, Suite 425
7  Newport Beach, CA 92660
   Telephone: (949) 706-6464
8  Facsimile: (949) 706-6469

9  Attorneys for Class Members Henry Gonzales,
   Monica Fernandez, Eleanor Lanigan, Michael
10 Martinez, Glenna O'Dell, and Gemis Rangel

11

12                        **UNITED STATES DISTRICT COURT**

13                        **SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| SALVATORE GALLUCCI, AMY ARONICA, KIM JONES, DORIS PETTY, and JEANNE PRINZIVALLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOIRON, INC., a foreign corporation; and BOIRON USA, INC., a foreign corporation,<br><br>Defendants. | CASE NO. 3:11-cv-02039-JAH-NLS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RYAN M. FERRELL IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    August 27, 2012<br>Time:   2:30 p.m.<br>Crtrm.:  11 (2nd Floor)<br><br>(Assigned to the Honorable John A. Houston)<br><br>Trial Date:          None |

843935.2                                                       3:11-cv-02066-JAH-NLS
DECLARATION OF RYAN M. FERRELL IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS
ACTION SETTLEMENT

I, Ryan M. Ferrell, hereby declare as follows:

1.   I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney with Newport Trial Group ("NTG"), counsel for Class Members Henry Gonzales, Monica Fernandez, Eleanor Lanigan, Michael Martinez, Glenna O'Dell, and Gemis Rangel (collectively "Objectors"). I have personal knowledge of the following matters and, if called to testify concerning them, I could and would do so competently.

2.   Defendants Boiron, Inc. and Boiron USA, Inc. are wholly owned subsidiaries of Laboratories Boiron. As such, Defendants' sales are reported in the consolidated Annual and Half Yearly Reports of Laboratories Boiron. These reports are publicly available at http://www.boiron.com/en/Shareholders-and-investors-area/Financial-information/Regulated-information/Annual-and-half-year-reports, and the following facts are taken from those reports.

3.   Sales of homeopathic products in the U.S. in 2000 by Defendants, as reflected in Defendants' 2001 and 2002 Annual Reports, were €15,879,000 ($14,907,316).

4.   Sales of homeopathic products in the U.S. in 2001 by Defendants, as reflected in Defendants' 2001-2003 Annual Reports, were €15,522,000 ($13,816,117).

5.   Sales of homeopathic products in the U.S. in 2002 by Defendants, as reflected in Defendants' 2002-2004 Annual Reports, were €15,492,000 ($16,243,362).

6.   Sales of homeopathic products in the U.S. in 2003 by Defendants, as reflected in Defendants' 2003 and 2004 Annual Reports, were €15,988,000 ($20,140,084).

7.   Sales of homeopathic products in the U.S. in 2004 by Defendants, as reflected in Defendants' 2005 Annual Report, were €23,700,000 ($32,085,060).

8.   Sales of homeopathic products in the U.S. in 2005 by Defendants, as reflected in Defendants' 2005 and 2006 Annual Reports, were €26,169,000 ($30,989,330).

9.   Sales of homeopathic products in the U.S. in 2006 by Defendants, as reflected in Defendants' 2006 and 2007 Annual Reports, were €23,928,000 ($31,577,780).

10.  Sales of homeopathic products in the U.S. in 2007 by Defendants, as reflected in Defendants' 2007 and 2008 Annual Reports, were €23,804,000 ($34,760,980).

1    11.    Sales of homeopathic products in the U.S. in 2008 by Defendants, as reflected in Defendants' 2008 and 2009 Annual Reports, were €24,001,000 ($33,406,990).

12.    Sales of homeopathic products in the U.S. in 2009 by Defendants, as reflected in Defendants' 2009 and 2010 Annual Reports, were €32,277,000 ($46,498,250).

13.    Sales of homeopathic products in the U.S. in 2010 by Defendants, as reflected in Defendants' 2010 and 2011 Annual Reports, were €30,525,000 ($40,787,510).

14.    Sales of homeopathic products in the U.S. in 2011 by Defendants, as reflected in Defendants' 2011 Annual Report, were €27,920,000 ($36,030,481).

15.    Total sales of homeopathic products reported in the U.S. by Defendants from 2000 to 2011 equals €275,205,000 ($351,243,260).

16.    $351,243,260 is the wholesale value of sales by Defendants. Defendants represent that their own markup from wholesale to retail is 107.57%. Using Defendants' own markup, the value of retail sales of homeopathic products from 2000 to 2011 is $729,075,634.

17.    Retail sales value is the appropriate valuation since consumers paid that price for Defendants' products, not wholesale sales value. *See People ex rel. Dept. of Transp. V Clauser/Wells Partnership*, 95 Cal.App.4th 1066, 1080 (2002).

18.    I hold a Master's of Business Administration (corporate finance) Degree from the University of Notre Dame.

19.    I hold a Master's Degree in International Finance from Thunderbird University.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2012, at Newport Beach, California.

                                                    */s/ Ryan M. Ferrell*
                                                    Ryan M. Ferrell