**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
MAGGIE K. REALIN (263639)
*maggie@consumersadvocates.com*
BEATRICE SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Class Counsel*

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVATORE GALLUCCI, AMY ARONICA, KIM JONES, DORIS PETTY, and JEANNE PRINZIVALLI, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>v.<br><br>BOIRON, INC., and BOIRON USA, INC.,<br><br>Defendants. | CASE NO. 11-CV-2039 JAH NLS<br>CLASS ACTION<br><br>**PLAINTIFFS' *EX PARTE* MOTION TO UNSEAL THE ADDENDUM TO THE SETTLEMENT AGREEMENT**<br><br>Judge: Hon. John A. Houston |

PLEASE TAKE NOTICE, that pursuant to Local Rule 79.2(b) and Rule 5.2(d) of the Federal Rules of Civil Procedure, Plaintiffs hereby move[1] *ex parte* for an order unsealing the Addendum to Settlement Agreement that was sealed by this Court's March 7, 2012 Order ("Sealing Order"). Dkt. No. 68, not available publicly. Plaintiffs now seek *ex parte* relief based on the fact that the parties agreed to unseal the Addendum after the opt out/exclusion deadline to the Settlement Agreement has passed, and that Judge Houston's Sealing Order was only to temporarily seal the Addendum. Defendants do not oppose this motion.

On March 6, 2012, Plaintiffs filed a Motion to File Addendum to Settlement Agreement Temporarily Under Seal ("Motion to Seal"). Dkt. No. 63, not available publicly. The Motion to Seal was filed pursuant to paragraph 11.15 of the parties' Settlement Agreement, which required that the parties seek to file the Addendum with the Court temporarily under seal until the expiration of the Class Members' right to opt out of the Settlement Agreement. *Id.* Plaintiffs also applied to seal the Motion to Seal, because the motion itself contained factual and legal analysis that would effectively reveal the contents of the Addendum – the document sought to be sealed. Dkt. No. 63 at 1:6-8.

On March 7, 2012, this Court granted Plaintiffs' motion and ordered the Addendum temporarily sealed. Dkt. No. 70, not available publicly.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiffs notified the Defendants' counsel of their intention to file this *ex parte* motion, which Defendants do not oppose. *Ex parte* treatment is proper because the parties had agreed to unseal the Addendum after the opt-out deadline expired; that deadline has expired; the sealing order was temporary; and the unsealing is administrative in nature. *See* Settlement Agreement, ¶ 11.15, filed as Exhibit A to the Declaration of Ronald A. Marron in support of motion for preliminary approval of the settlement (Dkt. 64-2); *see also* Sealing Order (Dkt. No. 68, not available publicly).

1

The deadline for the Class Members to opt-out to the Settlement Agreement passed on July 27, 2012. Therefore, in compliance with the parties' Settlement Agreement, Plaintiffs' Motion to Seal and the Court's March 7, 2012 Sealing Order, the parties hereby jointly request that the Addendum be unsealed.

DATED: August 3, 2012

Respectfully submitted,

/s/ Ronald A. Marron
Ronald A. Marron
*ron@consumersadvocates.com*

**THE WESTON FIRM**
Gregory S. Weston, (239944)
*greg@westonfirm.com*
Jack Fitzgerald (257370)
*jack@westonfirm.com*
Courtland Creekmore, (182018)
*courtland@westonfirm.com*
Melanie Persinger, (275423)
*mel@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, California 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

*Class Counsel*