# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE GALLUCCI, AMY ARONICA, KIM JONES, DORIS PETTY, and JEANNE PRINZIVALLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOIRON, INC.; and BOIRON USA, INC.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 3:11-CV-2039 JAH NLS<br>Pleading Type: Class Action<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO UNSEAL THE ADDENDUM TO THE SETTLEMENT AGREEMENT**<br><br>Judge: Hon. John A. Houston |

Having reviewed the Plaintiffs' Ex Parte Motion to Unseal the Addendum to the Settlement Agreement, the Court finds that compelling reasons exist to grant the Motion. Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Local Rule 79.2(b), the Court hereby orders the following document unsealed:

1. ADDENDUM TO THE SETTLEMENT AGREEMENT, that was filed as Exhibit A to the Declaration of Ronald A. Marron in support of motion for preliminary approval of the Settlement; Dkt. No. 64-2.

**IT IS SO ORDERED.**

DATED: August 3, 2012

_____
JOHN A. HOUSTON
United States District Judge