FILED

UNITED STATES COURT OF APPEALS

FEB 24 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SALVATORE GALLUCCI; et al., | No. 12-57081 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-02039-JAH-NLS |
| v. | Southern District of California, San Diego |
| HENRY GONZALES, | |
| Objector - Appellant, | ORDER |
| V. | |
| BOIRON, INC.; et al., | |
| Defendants - Appellees. | |

Before: WARDLAW and BERZON, Circuit Judges, and SMITH, District Judge.[*]

Appellees' joint motion for judicial notice is GRANTED. Appellant's

motion to strike portions of Appellees' answering brief is DENIED.

**IT IS SO ORDERED.**

---

[*]    The Honorable William E. Smith, Chief District Judge for the U.S. District Court for the District of Rhode Island, sitting by designation.